# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVON ARCHIE

NO. 2019 KW 0598

**JUL 2 2 2019**

---

In Re:   Stevon Archie, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-04-0233.

---

**BEFORE:   McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

**WRIT GRANTED.** The district court is instructed to proceed toward disposition of relator's "Motion for Transcripts of Voir Dire and Jury Verdict Poll," filed March 15, 2019, on or before September 23, 2019, if it has not already done so. A copy of the trial court's action shall be filed in this court on or before September 30, 2019.

                                  **PMc**
                                  **TMH**
                                  **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
             FOR THE COURT